COLDWATER NATIONAL BANK, APPELLEE, V. CHARLES E. MAGOON ET AL., APPELLANTS.

FILED DECEMBER 2, 1896.  No. 7198.

Banks and Banking: RECEIVERS: TRUST FUNDS.

APPEAL from the district court of Lancaster county. Heard below before HALL, J.

*Cobb & Harvey, G. M. Lambertson,* and *Charles E. Magoon,* for appellants.

*Pound & Burr, contra.*

RYAN, C.

This case involves the same question decided in *Capital Nat. Bank v. Coldwater Nat. Bank,* 49 Neb., 786, and, following the determination of that case, is

AFFIRMED.